UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA CLARKE, as Personal Representative for The Estate of JANIKA NICOLE EDMOND, deceased,

    Plaintiff,

v

MICHIGAN DEPARTMENT OF CORRECTIONS, WARDEN ANTHONY STEWART, individually and in his official capacity; DEPUTY WARDEN DAVID JOHNSON, individually and in his official capacity; DEPUTY WARDEN OSTERHOUT, individually and in his official capacity; CO DIANNA CALLAHAN, individually and in her official capacity; A/RUM KORY MOORE, individually and in his official capacity; CO R'KIA TAYLOR, individually and in his official capacity; SGT. KRISTA SURBIC, individually and in her official capacity; SGT. LOREN HAILES, individually and in her official capacity; CO HEATHER WASHINGTON, individually and in her official capacity; CO JOHANNA BARTEL, individually and in her official capacity; CO ALEXIA JOHNSON, individually and in her official capacity; CO LASHAWNA DONALD, individually and in her official capacity; CO TRACY MAUPINS, individually and in her official capacity; RN MARCIA PORTER, individually and in her official capacity, jointly and severally,

    Defendants.

No. 2:17-cv-10528

HON. ROBERT H. CLELAND

MAG. DAVID R. GRAND

| | |
|---|---|
| Cary S. McGehee (P42318) | David Steingold (P29752) |
| Beth M. Rivers (P33614) | Law Offices of David S. Steingold PLLC |
| Pitt McGehee Palmer & Rivers P.C. | Attorney for Plaintiff |
| Attorneys for Plaintiff | 400 Monroe St., Ste. 280 |
| 117 W. Fourth St., Ste. 200 | Detroit, MI 48226-2962 |
| Royal Oak, MI 48067 | (313) 962-0000 |
| (248) 398-9800 | detroitdefender@yahoo.com |
| cmcgehee@pittlawpc.com | |
| brivers@pittlawpc.com | |

Rock Wood (P41181)
Clifton B. Schneider (P70582)
Lisa Geminick (P60964)
Attorneys for Defendants MDOC, Stewart,
D. Johnson, Osterhout, Taylor, Surbic, Hailes,
Washington, Bartel, A. Johnson, Porter,
Donald and Maupins
Michigan Department of Attorney General
Civil Litigation, Employment & Elections Division
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
woodr5@michigan.gov
schneiderc1@michigan.gov
geminickl@michigan.gov
_____/

## STIPULATED PROTECTIVE ORDER

Now come Plaintiff, and the Michigan Department of Corrections ("MDOC") by and through their counsel, and in order to address Plaintiff's pending Motion to Compel Production of Addresses (R. 32, hereafter "the Motion"), whereby Plaintiff seeks for purposes of service of process the addresses for three of the Defendants who were prior employees of MDOC, and state as follows:

1

1)      The Motion seeks addresses for Defendants Moore, Surbic and Porter.  Defendants Surbic and Porter are now going to be represented by undersigned counsel, and are the subject of another stipulation being submitted to the Court, and therefore, they are no longer the subject of the Motion.  As to the other Defendant who has not yet been served (Moore), MDOC shall provide the last known address for this prior employee, subject to the restrictions set forth herein, and to be used solely for purposes of service of process.

2)      Wherefore, these parties hereby stipulate and agree that: MDOC will provide the last known address as to named Defendant Kory Moore, to Plaintiff's counsel for the sole purpose of effectuating service of process and only to be disclosed to the process server for purposes of service of process.  This address shall not be disclosed to any other individual/entity, including but not limited to Plaintiff.  The address shall not be publicly disclosed, and shall not be included in any filing the Court, including but not limited to any proof of service (which shall only state that this defendant was served at the address(es) subject to this Order).

Defendant MDOC submits that there are sound policy/safety considerations for not making the addresses of current/former

corrections officials public, and enter into this Stipulation as a means of balancing Plaintiff's need for such address to effectuate service, with policy/safety considerations regarding the prior officers, and submit that this Stipulated Protective Order is a fair compromise which takes into account both perspectives and considerations.

Wherefore, these parties respectfully request that this Honorable Court enter this Order.

IT IS SO STIPULATED.


*s/Cary S. McGehee (w/consent)*          June 7, 2017
Cary S. McGehee (P42318)                 Date
Co-Counsel for Plaintiff


*s/Rock Wood*                            June 7, 2017
Rock Wood (P41181)                       Date
Attorneys for Defendants MDOC, Stewart,
D. Johnson, Osterhout, Taylor, Surbic,
Hailes, Washington, Bartel, A. Johnson,
Porter, Donald and Maupins


**IT IS SO ORDERED.**


Date: June 13, 2017          s/Robert H. Cleland
                             Robert H. Cleland
                             U.S. District Court Judge