UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA CLARKE, as Personal Representative
for The Estate of JANIKA NICOLE EDMOND,
deceased,

      Plaintiff,

v

MICHIGAN DEPARTMENT OF CORRECTIONS,
WARDEN ANTHONY STEWART, individually and
in his official capacity, Deputy Warden, DAVID
JOHNSON; individually and in his official capacity,
Deputy Warden OSTERHOUT, individually and in his
official capacity, CO Dianna Callahan, individually
and in her official capacity, A/RUM KORY MOORE,
individually and in his official capacity, CO R'kIa
Taylor, individually and in his official capacity, Sgt.
Krista Surbic, individually and in her official capacity,
Sgt. Loren Hailes, individually and in his official
capacity, CO Heather Washington, individually and in
her official capacity, CO Johanna Bartel, individually
and in her official capacity, CO Alexia Johnson,
individually and in her official capacity, CO Lashawna
Donald, individually and in her official capacity, CO
Tracy Maupins, individually and in her official
capacity, RN Marcia Porter, individually and in her
official capacity, jointly and severally

      Defendants.

Case No.: 2:17-cv-10528-RHC-DRG

Hon. Robert H. Cleland

## **AMENDED ORDER APPROVING WRONGFUL DEATH SETTLEMENT AND AUTHORITY TO DISTRIBUTE PROCEEDS**

      This matter having come before the Court on Plaintiff's Motion Approving

Wrongful Death Settlement and Authority to Distribute Proceeds, and the Court

having held a hearing on May 8th, 2019, allowing all interested parties to be heard, and the Court being fully advised in the premises, for the reasons stated on the record,

IT IS HEREBY ORDERED, that the Court approves the settlement, and Orders the following distribution of settlement proceeds in this matter:

Settlement Amount $860,000.00
Less Cost Expended .................................................................................$7,077.58
Net Settlement ......................................................................................$852,922.42
Less Pitt McGehee Fees ......................................................................$142,153.74
Less David S. Steingold Fees .............................................................$142,153.74
Less Papista & Papista, PLC Fees .......................................................$13,542.60
Less GAL Fees ..........................................................................................$5,562.50
Less Medicaid Lien ..........................................................................................$0.00

Net Distribution Amount .................................................................$549,509.84

<u>Adult Siblings (Maternal Line)</u>
Jacob Christopher Edmond ..............................................................$274,754.92
Cazz Vinson, Jr. ..................................................................................$274,754.92

<u>Minor Child</u>
Ja'Quan Kyle Edmond ................................................................................$0.00

<u>Biological Parents</u>
Frederick Kahlio Shears ............................................................................$0.00
Christina Mia Edmond ..............................................................................$0.00

<u>Grandparents</u>
Cleveland Edmond.......................................................................................$0.00
Jaami Muhammad.......................................................................................$0.00

<u>Minor Siblings (Paternal Line)</u>
Aousha Amier Shears .................................................................................$0.00
Akya Darnell Shears $0.00

Amara Lee Shears ........................................................................................ $0.00
JaeLondra Imari Peterson ......................................................................... $0.00
Imarion Jai Peterson .................................................................................. $0.00
Emmi Ann Ski Merritt ................................................................................ $0.00

This is a final order and disposes of the last pending claim in this case.

IT IS SO ORDERED.

s/Robert H. Cleland
**HON. ROBERT H. CLELAND**
United States District Court Judge

Dated: May 30, 2019

s/ Cary S. McGehee
Cary S. McGehee
Attorney for Plaintiff

s/ A. Peter Govorchin (w/ permission)
A. Peter Govorchin
Attorney for Defendants